| DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 2 min. | | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Corinne Lew | REPORTER/FTR<br>FTR | |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | DATE<br>10/18/07 | NEW CASE ☐ | CASE NUMBER<br>CR 07-70537 PVT |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT<br>Christopher Lazzaro | AGE | CUST<br>No | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>C. Lie | PD. ☒  RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>S. Yen | INTERPRETER<br>No | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>L. Weigel | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE |
|---|
| ☐ ADVISED OF RIGHTS    ☐ ADVISED OF CHARGES    ☐ NAME AS CHARGED IS TRUE NAME    ☐ TRUE NAME: |

| ARRAIGNMENT |
|---|
| ☐ ARRAIGNED ON INFORMATION    ☐ ARRAIGNED ON INDICTMENT    ☐ READING WAIVED SUBSTANCE    ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH   $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED    ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA |
|---|
| ☐ CONSENT ENTERED    ☐ NOT GUILTY    ☐ GUILTY    GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED    ☐ CHANGE OF PLEA    ☐ PLEA AGREEMENT FILED    OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>11/8/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
| AT:<br>9:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>Howard R. Lloyd | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|
| AFPD WORKING TOWARDS POSSIBLE SETTLEMENT. |

cc: P. Cromwell