SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SHAWNA YEN (CABN 224447)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email: shawna.yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-70537 (PVT) |
|     Plaintiff, | ) ) | STIPULATION TO CONTINUE REMOVAL HEARING AND |
| v. | ) ) | [PROPOSED] ORDER |
| CHRISTOPHER LAZZARO, | ) ) | |
|     Defendant. | ) ) | |

    It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant Christopher Lazzaro, Assistant Federal Public Defender Cynthia Lie, that the date set for status on the removal hearing be continued from December 13, 2007 before Magistrate Judge Trumbull to January 24, 2008 before Magistrate Judge Howard Lloyd. This continuance is necessary because the defendant was charged by indictment by the Northern District of Georgia and has agreed in principle to enter a plea of guilty in this district pursuant to Rule 20 of the Federal Rules of Criminal Procedure. The additional time is necessary to complete the paperwork necessary to effectuate the transfer of the case file from the Northern District of Georgia to the Northern District of California.

1  The defendant waives to exclude the time in which a removal hearing must occur, until
2  January 24, 2008.
3  It is so stipulated.

Respectfully submitted,

Dated: 12/12/07
          SCOTT N. SCHOOLS
          UNITED STATES ATTORNEY

/S/
_____
SHAWNA YEN
ASSISTANT U.S. ATTORNEY

Dated: 12/12/07

/S/
_____
CYNTHIA LIE.
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: 12/12/07

       /S/
_____
CHRISTOPHER LAZZARO.
DEFENDANT

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SHAWNA YEN (CABN 224447)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email: shawna.yen@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-70537 PVT |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER TO CONTINUE REMOVAL HEARING |
| v. | ) ) | |
| CHRISTOPHER LAZZARO, | ) ) | |
| Defendant. | ) ) | |

    Based on the stipulation of the parties and for good cause shown,

    IT IS HEREBY ORDERED that the removal hearing in this matter be continued from December 13, 2007 to January 24, 2008 at 9:30 a.m. before the Honorable Howard Lloyd.

    IT IS FURTHER ORDERED that the period of time from December 13, 2007 to January 24, 2008 shall be excluded from the period of time within a removal hearing must commence. The basis for such exclusion is to allow sufficient time for the case file in this matter to be

//

//

//

3

1 | transferred from the Northern District of Georgia to the Northern District of California.
2 |     Dated this ____ day of December, 2007.

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge