SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SHAWNA YEN (CABN 224447)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5054
Facsimile: (408) 535-5066
Email: shawna.yen@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER LAZZARO, <br><br> Defendant. | No. 07-70537 PVT <br><br> [PROPOSED] ORDER TO CONTINUE REMOVAL HEARING |

Based on the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the removal hearing in this matter be continued from December 13, 2007 to January 24, 2008 at 9:30 a.m. before the Honorable Howard Lloyd.

IT IS FURTHER ORDERED that the period of time from December 13, 2007 to January 24, 2008 shall be excluded from the period of time within a removal hearing must commence. The basis for such exclusion is to allow sufficient time for the case file in this matter to be

//
//
//

3

1  transferred from the Northern District of Georgia to the Northern District of California.

2  Dated this _12_ day of December, 2007.

3

4  _____
   PATRICIA V. TRUMBULL
5  United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4